United States Courts
Southern District of Texas
FILED

JUN 2 2005

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| American Petroleum Institute )<br><br>Plaintiff, )<br><br>v. )<br><br>Tomahawk Manufacturing LLC, )<br>Hayden B. Greene, Oilfield Coupling )<br>Distributors Incorporated, Sunbelt )<br>Manufacturing, David Clark, ABC Companies, )<br>and John and Jane Does )<br><br>Defendants. ) | Civil Action No. H-04-02965 |

**CONSENT INJUNCTION AND FINAL ORDER REGARDING DEFENDANTS
GREENE, TOMAHAWK MANUFACTURING LLC, AND
OILFIELD COUPLING DISTRIBUTORS INCORPORATED**

Without admitting any intentional wrongdoing, Defendants Tomahawk Manufacturing LLC, Oilfield Coupling Distributors, and Hayden B. Greene, along with any businesses owned, operated, or controlled by Greene (collectively "Defendants"), and Plaintiff American Petroleum Institute ("API") stipulate to the entry of the following Consent Injunction and Final Order:

HAVING FOUND GOOD CAUSE, IT IS HEREBY ORDERED that:

1.  Defendants, their employees, agents, representatives, distributors, dealers, officers and directors, and all persons in active concert or participation with any of them are hereby permanently enjoined from manufacturing, contracting to manufacture, ordering, distributing, selling, advertising, refurbishing, altering,

Consent Injunction
Page 1

reconditioning, labeling, or relabeling any products using any of API's trademarks or certification marks, including but not limited to those marks listed in the Complaint in this action, and any confusingly similar or dilutive marks or names (collectively "API Marks").

2. Defendants, their employees, agents, representatives, distributors, dealers, officers and directors, and all persons in active concert or participation with any of them, are permanently enjoined from manufacturing, contracting to manufacture, ordering, distributing, selling, advertising, refurbishing, altering, reconditioning, labeling, or relabeling any products bearing any license number issued to a past or current API licensee, or any sequence of numbers or other designation that imitates the format of license numbers issued by API.

3. Defendants, their employees, agents, representatives, distributors, dealers, officers and directors, and all persons in active concert or participation with any of them, are permanently enjoined from falsely stating, falsely implying, or otherwise misrepresenting by any means whatsoever, directly or indirectly, that Plaintiff has certified, endorsed, or otherwise approved of Defendants, any of Defendants' facilities, or any product or service offered, promoted, sold, made, distributed, or rendered by Defendants.

4. Defendants are permanently enjoined from manufacturing, reconditioning, selling, offering for sale, ordering, obtaining, promoting, advertising, or distributing any oilfield couplings or oil pipeline couplings, regardless of the manufacturer or source and regardless of whether the couplings are certified by API.

5. Commencing on the 3rd day of June, 2005, Defendant shall pay to API the sum of Three Thousand Three Hundred Thirty Three Dollars and Thirty-Three Cents ($3,333.33), said like payments to be paid on the 1st day of July 2005, and on the 5th day of August, 2005, for a total sum of Ten Thousand Dollars and No Cents ($10,000.00)

6. The Court shall retain jurisdiction to enforce this Order and Settlement Agreement.

Dated:_____          _____
                                       UNITED STATES DISTRICT JUDGE

AGREED:

Attorneys for Plaintiff                Hayden B. Greene
American Petroleum Institute           Defendant

By: _____            By: _____
David M. Kelly
B. Brett Heavner
Finnegan, Henderson, Farabow
Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.              Tomahawk Manufacturing, LLC
Washington, D.C. 20001
202-408-4000                           By: _____
202-408-4400 (facsimile)               Name: Hayden B. Greene
Grant J. Harvey                        Title: Director

Jeffrey C. Kubin                       Oilfield Coupling Distributors Incorporated
Gibbs & Burns
1100 Louisiana, Suite 5300             By: _____
Houston, Texas 77002                   Name: Hayden B. Greene
                                       Title: President